No. 90–1599. UNITED STATES *v.* FELIX, 503 U. S. 378. Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.

No. 91–913. PATTERSON, TRUSTEE *v.* SHUMATE, 504 U. S. 753. Motion of petitioner to dispense with printing requirement for petition for rehearing granted. Petition for rehearing denied.

No. 91–1447. BINGHAM *v.* INLAND DIVISION OF GENERAL MOTORS, 504 U. S. 965. Petition for rehearing denied. JUSTICE BLACKMUN would call for a response to the petition for rehearing.

AUGUST 25, 1992

No. A–112 (92–265). IN RE VASQUEZ, WARDEN, ET AL. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.